Reese O'Neal DAVIS

v.

STATE.

No. 28890.

Court of Criminal Appeals of Texas.

March 13, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM

The offense is operating a motor vehicle upon a public highway while under the influence of intoxicating liquor; the punishment, three (3) days in jail and a fine of $50.

The appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requesting that the same be dismissed.

The request is accordingly granted, and the appeal is dismissed.